WILLIAM M. PEARD, Appellant, *v.* THE CITY OF MOUNT VER-
NON, Respondent.

*Peard* v. *City of Mount Vernon,* 83 Hun, 250, affirmed.
(Submitted January 20, 1899; decided February 3, 1899.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered
February 25, 1895, upon an order affirming a judgment in
favor of defendant, entered upon a dismissal of the complaint
on trial at Circuit.

*Joseph S. Wood* for appellant.

*William P. Fiero* and *William J. Marshall* for
respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

CHARLES HUTCHINSON, Respondent, *v.* MARY F. ROOT,
Appellant.

*Hutchinson* v. *Root,* 2 App. Div. 584, affirmed.
(Argued January 20, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
1, 1896, affirming a judgment in favor of plaintiff entered
upon the report of a referee.

*George H. Adams* for appellant.

*William R. Wilder* and *Frederic D. Philips* for
respondent.

Judgment affirmed, with costs, on opinion below.
All concur.